**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JAMES MICHAEL WINES, JR.,**

      **Plaintiffs,**

    **v.**                                 **Civil Action 2:24-cv-3905**
                                         **Judge Sarah D. Morrison**
                                       **Magistrate Judge Jolson**

**WINES FAMILY TRUST, et al.,**

      **Defendants.**

## <u>ORDER</u>

This matter is before the Court on Plaintiff's Motion by Pro Se Litigant to Obtain Electronic Case Filing Rights.  (Doc. 2).  The "grant of electronic filing privileges is a privilege granted to pro se litigants in the discretion of this Court."  *Needham v. Butler Cnty. Jail*, No. 1:19-cv-294, 2019 WL 5883643, at *2 (S.D. Ohio Nov. 12, 2019).  For good cause shown, the Motion is **GRANTED**, and Plaintiff is granted permission to participate in electronic case filing in this matter.  Plaintiff is also advised that the Court may, in its discretion, revoke or restrict his electronic filing privileges at any time should he abuse this privilege or fail to comply with the Local Rules.


Date:  September 5, 2024                  /s/ Kimberly A. Jolson
                                              KIMBERLY A. JOLSON
                                              UNITED STATES MAGISTRATE JUDGE